THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
John Wallace Hayward, Appellant.
 
 
 

Appeal From Richland County
 Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No.  2005-UP-609
Submitted December 1, 2005  Filed December 8, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  John Wallace Hayward appeals his convictions and consecutive sentences for two thirty-year terms for armed robberies in Richland County, two thirty-year terms for armed robberies in Lexington County, twenty-years for assault and battery with intent to kill (ABIK), five thirty-year terms for kidnappings, thirty-years for first-degree burglary, and five-years for conspiracy.  His counsel contends the trial court failed to adequately inform him of the constitutional rights he waived by entering a guilty plea. After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Haywards appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED. [1]
GOOLSBY, ANDERSON, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.